# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | CASE NO. 26 CR 305 |
| Plaintiff, } | JUDGE: NUGENT, D. |
| v. } | |
| THOMAS GOODWINE, } | **DEFENDANT THOMAS GOODWINE'S MOTION REQUESTING THE COURT TO ORDER THE DEFENDANT TO BE** |
| Defendant. } | **TRANSFERRED FROM MAHONING COUNTY JAIL TO NEOCC** |

Now comes the Defendant, THOMAS GOODWINE, by and through his attorney, and hereby moves this Honorable Court for an order transferring this defendant from the Mahoning County Jail to NEOCC due to health and safety concerns while at the Mahoning County jail.

Respectfully submitted,

_s/jkersey_____
James M. Kersey(0017785)
1360 East 9th St.
IMG Bldg., Suite 910
Cleveland, Ohio 44114
(216)780-1670
jkersey1@ameritech.net

**ATTORNEY FOR DEFENDANT**

## SERVICE

Now comes the undersigned and hereby certifies that a copy of the foregoing motion to transfer  was electronically delivered to all parties concerned on this the 3rd day of July, 2026.

_____s/jkersey_____
James M. Kersey